IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Avant Jr, Roosevelt | Case Number: 08 B 21338 |
| | Judge: Squires, John H |
| Printed: 01/06/09 | Filed: 8/14/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 26, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 2. | Capital One Auto Finance | Secured | 17,177.00 | 0.00 |
| 3. | American Home Mortgage Servicing | Secured | 28,590.72 | 0.00 |
| 4. | Premier Bankcard | Unsecured | 50.50 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 54.59 | 0.00 |
| 6. | CB USA | Unsecured | 113.17 | 0.00 |
| 7. | Capital One | Unsecured | 248.94 | 0.00 |
| 8. | Capital One Auto Finance | Unsecured | 26.88 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 58.92 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 47.04 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 38.42 | 0.00 |
| 12. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 13. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| | | | $ 46,406.18 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Avant Jr, Roosevelt

Printed: 01/06/09

Case Number:  08 B 21338
Judge:  Squires, John H
Filed:  8/14/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

